IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DORIS C. RUIZ, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 1:12-cv-00663-AJT-IDD |
| ) | |
| CHADWICK, WASHINGTON, ) | |
| MORIARTY, ELMORE & BUNN, P.C., ) | |
| et al., ) | |
| ) | |
| Defendants ) | |

STIPULATION OF DISMISSAL

Pursuant to the agreement of the parties, as reflected in the endorsements hereinafter, this action is hereby dismissed with prejudice with each side to bear its own costs and attorney's fees.

Respectfully submitted,

_/s/ Ernest P. Francis_
Ernest P. Francis VSB#27276
epfrancisltd@verizon.net
ERNEST P. FRANCIS, LTD.
1655 North Fort Myer Drive
Suite 700
Arlington, VA 22209
(703) 683-5696
Fax (703) 683-2785

Attorney for Plaintiff

_/s/ MLC_
David J. Gogal VSB#28815
dgogal@bklawva.com
Michael L. Chang VSB#70882
mchang@bklawva.com
BLANKINGSHIP & KEITH, P.C.
4020 University Drive, Suite 300
Fairfax, VA 22030
(703) 691-1235
Fax (703) 691-3913

Attorneys for Defendants